FILED
9/27/19 3:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ROBERT ALLEN LELLOCK,    :    Case No. 19-23622-TPA
*Debtor.*    :    Chapter 7
:    Related to Doc. No. 3, 12
:    Hearing: Oct. 17, 2019 at 10:30 A.M.

## ORDER

*AND NOW*, this **27th** day of **September, 2019**, the Debtor having filed a ***Certificate of Credit Counseling*** (Doc. 3) stating the credit counseling course was completed by "Thomas Burns Poa For Robert Lellock," and a ***Power of Attorney*** filed as an Exhibit on September 25, 2019 (Doc. 12), it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that:

(1) A hearing on whether the proper authorization for filing the above-captioned bankruptcy was properly obtained and on the validity of the ***Certificate of Credit Counseling*** (Doc. 3) is scheduled for ***October 17, 2019*** at ***10:30 A.M.*** in Courtroom "C," 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 with ***Counsel for the Debtor*** and ***Thomas R. Burns*** to ***personally appear.***

(2) If the United States Trustee objects to the credit counseling course being completed by the Debtor's putative power of attorney, it shall file its ***objection on or before October 11, 2019.***

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
　Debtor
　Samuel DiFatta, Esq.
　Jeffrey Sikirica, Chapter 7 Trustee
　Office of the United States Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert Allen Lellock  
       Debtor

Case No. 19-23622-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Sep 27, 2019  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2019.  
db            +Robert Allen Lellock,    56 Estella Street,    Pittsburgh, PA 15211-2155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2019 at the address(es) listed below:  
         James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
         Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com  
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Samuel M. DiFatta    on behalf of Debtor Robert Allen Lellock difatta1015@comcast.net, richard.gainey@comcast.net;difattasr89351@notify.bestcase.com  
         TOTAL: 5