FILED
12/4/19 12:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ROBERT ALLEN LELLOCK              :    Case No. 19-23622-TPA
    *Debtor*                           :    Chapter 7
                                  :    Related to Document No. 19
                                  :    Hearing: December 12, 2019 at 11:00 A.M.

## ORDER TO SHOW CAUSE

*AND NOW*, this **4th** day of ***December, 2019***, in light of the filing of the virtual entry from the Trustee filed at Document No. 19 indicating that the Debtor has failed to attend the scheduled §341 Meetings of Creditors and that dismissal is recommended,

It is hereby ***ORDERED, ADJUDGED and DECREED*** that an ***Order to Show Cause*** is issued against the Debtor, ***Robert Allen Lellock***, to ***personally*** appear at a hearing scheduled on ***December 12, 2019*** at ***11:00 A.M.*** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 to show cause why he should not be held in contempt of court and the case dismissed for his intentional failure to attend the Meeting of Creditors previously scheduled for November 4, 2019 and December 2, 2019.

                                                          Thomas P. Agresti, Judge   **jlm**
                                                          United States Bankruptcy Court

Case Administrator to serve:
      All Creditors and Parties in Interest

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                          Case No. 19-23622-TPA
Robert Allen Lellock                                            Chapter 7
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dkam              Page 1 of 1             Date Rcvd: Dec 04, 2019
                              Form ID: pdf900         Total Noticed: 12
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2019.
db              +Robert Allen Lellock,    56 Estella Street,    Pittsburgh, PA 15211-2155
15122939        +Lakeview Loan Servicing/Flagstar Bank,    E115-3,    5151 Corporate Drive,    Troy, MI 48098-2639
15122940        +PHEAA,   PO Box 61017,    Harrisburg, PA 17106-1017
15122941        +Portfolio Recovery Services,    PO Box 12903,    Norfolk, VA 23541-0903
15122943        +Shawn Logan,   C/O Peirce & Associates,    707 Grant Street,    Suite 125,
                  Pittsburgh, PA 15219-1909
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: kburkley@bernsteinlaw.com Dec 05 2019 02:54:57      Duquesne Light Company,
                  c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                  Pittsburgh, PA 15219-1945
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 05 2019 02:56:37
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15122937        +E-mail/Text: bankruptcy@cavps.com Dec 05 2019 02:54:41      Calvary Portfolio Service,
                  500 Summit Lake Drive,    Ste 400,   Valhalla, NY 10595-2322
15122938         E-mail/Text: mrdiscen@discover.com Dec 05 2019 02:53:36      Discover Financial Services,
                  PO Box 15316,   Wilmington, DE 19850
15122944        +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2019 02:56:04      Sychrony Bank/JC Penney,
                  PO Box 965007,    Orlando, FL 32896-5007
15123483        +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2019 02:56:32      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15122945        +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2019 02:55:42      Synchrony Bank/BP,
                  PO Box 965024,    Orlando, FL 32896-5024
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                Lakeview Loan Servicing, LLC
15122942*       +Portfolio Recovery Services,    PO Box 12903,    Norfolk, VA 23541-0903
                                                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Samuel M. DiFatta    on behalf of Debtor Robert Allen Lellock difatta1015@comcast.net,
               richard.gainey@comcast.net;difattasr89351@notify.bestcase.com
                                                                                              TOTAL: 5
```