FILED
12/10/19 3:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ROBERT ALLEN LELLOCK,  :  Case No. 19-23622-TPA
    *Debtor.*  :  Chapter 7
      :  Related to Doc. No. 20, 22
      :  Hearing: January 8, 2020 at 11:00 A.M.

## ORDER

On December 9, 2019, the Debtor filed a ***Motion to Continue Rule to Show Cause Hearing*** (Doc. 22) ("Motion") which states Counsel for the Debtor has a scheduling conflict. The ***Order to Show Cause*** (Doc. 20) ("OTSC") was issued as a result of the Debtor failing to attend two § 341 Meetings of Creditors. The Court notes that it is currently of the understanding that the Debtor is incarcerated, and if that is true, it would be incumbent upon the Debtor to make arrangements to attend the § 341 Meeting of Creditors by telephone, otherwise, this case will not be able to proceed. Furthermore, the OTSC currently pending requires the personal appearance of the Debtor, so if this is not possible, the Debtor would need to move to excuse said appearance or be in violation of the Court's Order. Therefore,

***AND NOW***, this ***10th*** day of ***December, 2019***, for the reasons stated above, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the *Motion* (Doc. 22) is **GRANTED** and the hearing on the ***Order to Show Cause*** (Doc. 20) is rescheduled for ***January 8, 2020 at 11:00 A.M.*** in Courtroom "C," 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

                                                 Thomas P. Agresti, Judge
                                                 United States Bankruptcy Court

Case Administrator to serve:
    Debtor
    Samuel DiFatta, Esq.
    Jeffrey Sikirica, Chapter 7 Trustee
    Office of the United States Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert Allen Lellock
    Debtor

Case No. 19-23622-TPA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam    Page 1 of 1    Date Rcvd: Dec 10, 2019
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2019.
db           +Robert Allen Lellock,    56 Estella Street,    Pittsburgh, PA 15211-2155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2019 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Samuel M. DiFatta    on behalf of Debtor Robert Allen Lellock difatta1015@comcast.net, richard.gainey@comcast.net;difattasr89351@notify.bestcase.com
                                                                                                                                                                          TOTAL: 5