**Form 144**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Robert Allen Lellock**
Debtor(s)

Bankruptcy Case No.: 19−23622−TPA

Chapter: 7
Docket No.: 25

## NOTICE – REMINDER

　　　Pursuant to *Fed.R.Bankr.P. 5009(b),* notice is hereby given that the above−captioned case will be closed without an Order of Discharge unless a ***Certification of Completion of Instructional Course Concerning Personal Financial Management* (Official Form B423)** is filed within the applicable deadline set forth in *Fed.R.Bankr.P. 1007(c).* The deadline is as follows:

　　　***CHAPTER 7 CASES*** *− − Fed.R.Bankr.P. 1007(c)* requires an individual debtor in a Chapter 7 case to file a statement regarding completion of a course in personal financial management within **60 days** after the first date set for the meeting of creditors under §341 of the Bankruptcy Code.

Dated: December 19, 2019                                                             Michael R. Rhodes, Clerk
                                                                                                           United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert Allen Lellock  
      Debtor

Case No. 19-23622-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: admin    Page 1 of 1    Date Rcvd: Dec 19, 2019  
                       Form ID: 144   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2019.  
db        +Robert Allen Lellock,   56 Estella Street,    Pittsburgh, PA 15211-2155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2019 at the address(es) listed below:  
      James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
      Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com  
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Samuel M. DiFatta    on behalf of Debtor Robert Allen Lellock difatta1015@comcast.net, richard.gainey@comcast.net;difattasr89351@notify.bestcase.com  
                                                                                                                                                                  TOTAL: 5