FILED
12/31/19 12:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| ROBERT ALLEN LELLOCK | : | Case No. 19-23622-TPA |
| *Debtor* | : | Chapter 7 |
| | : | |
| ROBERT ALLEN LELLOCK | : | |
| *Movant* | : | |
| | : | |
| v. | : | Related to Document No. 27 |
| | : | |
| NO RESPONDENT | : | Hearing: January 8, 2020 at 11:00 A.M. |

### ORDER

**AND NOW**, this **31st** day of **December, 2019,** a **Motion for Leave of Debtor to Attend the Rule to Show Cause Hearing**, having been filed by the Debtor at Doc. No. 27,

It is hereby **ORDERED, ADJUDGED and DECREED** that a hearing is scheduled for *January 8, 2020* at *11:00 A.M.* in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA.

Thomas P. Agresti, Judge        jlm
United States Bankruptcy Court

Case Administrator to serve:
    Debtor
    Samuel M. DiFatta, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 19-23622-TPA
Robert Allen Lellock                                                Chapter 7
Shawn Logan
       Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: jmar              Page 1 of 1         Date Rcvd: Dec 31, 2019
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2020.
db             +Robert Allen Lellock,    56 Estella Street,    Pittsburgh, PA 15211-2155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3pd*           +Robert Allen Lellock,    56 Estella Street,    Pittsburgh, PA 15211-2155
                                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
              Katelyn Edwards    on behalf of 3rd Party Plaintiff Shawn  Logan kedwards@peircelaw.com,
               aburke@peircelaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Samuel M. DiFatta    on behalf of Debtor Robert Allen Lellock difatta1015@comcast.net,
               richard.gainey@comcast.net;difattasr89351@notify.bestcase.com
                                                                                             TOTAL: 6