IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/9/20 11:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.: 19-23622-TPA |
| Robert Allen Lellock | : | Chapter: 7 |
| *Debtor(s).* | : | Date: 1/8/2020 |
| | : | Time: 11:00 |

## PROCEEDING MEMO

**MATTER:**   #20 OTSC against Debtor for Failure to Attend 341 Mtgs

**APPEARANCES:**
  Debtor:   Samuel M. DiFatta
  Trustee:  Jeffrey J. Sikirica (no appearance)

**NOTES:**

DiFatta:   That is my fault yes your honor. I will file a motion requesting the power of attorney to attend the meeting on behalf of the Debtor. Thomas Burns is his life partner.

**OUTCOME:**   OTSC is vacated. Counsel to follow up in getting the 341 Meeting rescheduled.

*[signature]*
ljm