FILED
1/9/20 12:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 19-23622-TPA |
| | : | |
| Robert Allen Lellock | : | Chapter: 7 |
| | : | |
| *Debtor(s)*. | : | |
| | : | Date: 1/8/2020 |
| | : | Time: 11:00 |

**PROCEEDING MEMO**

*MATTER:*   # 27 Motion for Leave of Debtor to Appear at Rule to Show Hearing

*APPEARANCES:*
   Debtor:   Samuel M. DiFatta
   Trustee:  Jeffrey J. Sikirica (no appearance)

*NOTES:*

*OUTCOME:*   GRANTED/ MOE.

ljm