FILED
1/9/20 12:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 19-23622-TPA |
| Robert Allen Lellock | : | Chapter: 7 |
| *Debtor(s).* | : | Date: 1/8/2020 |
| | : | Time: 11:00 |

### PROCEEDING MEMO

**MATTER:** # 28 Hearing on Efficacy of Financial Management Course Certificate for the completion of the course received on 12/10/2019.

**APPEARANCES:**
Debtor: Samuel M. DiFatta
Trustee: Jeffrey J. Sikirica (no appearance)

**NOTES:**

**OUTCOME:** Financial Management certificate completed by POA Thomas Burns course may stand as is.

*[signature]*
ljm