```
                                                    FILED
                                                    1/9/20 12:04 pm
                                                    CLERK
                                                    U.S. BANKRUPTCY
                                                    COURT - WDPA
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  ROBERT ALLEN LELLCOK    : Bankruptcy No. 19-23622-TPA
    Debtor          : Chapter 7

  ROBERT ALLEN LELLOCK    : Rel to Doc No. 27
    Movant         :

Vs.              :

    No Respondent     :

### ORDER

AND NOW, this __8th__ day of __January 2020__, pursuant to the Motion for Leave of Debtor to attend Rule to Show Cause Hearing, it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtor is excused from attending the Rule to Show Cause hearing. *and that he may appear via POA with life Partner. The Debtor shall obtain a new date for the §341 meeting and notify all creditors of same. The OTSC entered @ #20 is VACATED. The Debtor is to schedule a new §341 meeting immediately.*

BY THE COURT

_____
Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert Allen Lellock  
      Debtor

Case No. 19-23622-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam    Page 1 of 1    Date Rcvd: Jan 09, 2020  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2020.  
db           +Robert Allen Lellock,   56 Estella Street,   Pittsburgh, PA 15211-2155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2020 at the address(es) listed below:  
        James Warmbrodt   on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
        Jeffrey J. Sikirica   trusteesikirica@zoominternet.net, PA59@ecfcbis.com  
        Katelyn Edwards   on behalf of Plaintiff Shawn Logan kedwards@peircelaw.com, aburke@peircelaw.com  
        Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Samuel M. DiFatta   on behalf of Debtor Robert Allen Lellock difatta1015@comcast.net, richard.gainey@comcast.net;difattasr89351@notify.bestcase.com  
                                    TOTAL: 6