IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 19-23622-TPA |
| ) | Chapter 7 |
| Robert Allen Lellock ) | Docket No. |
| *Debtor* ) | |
| ) | |
| Robert Allen Lellock ) | |
| *Movant* ) | |
| ) | |
| VS. ) | |
| ) | |
| *No Respondents* ) | |

## CONSENT ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2020, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1) The Debtor, Joshua J. Lawson, was unable to attend his section 341 Meeting of Creditors, previously scheduled, due to his current situational confinement and his legal inability to leave said confinement. This confinement is slated to continue for an extended period of time with no definitive end date;

2) The Debtor's life partner holds a Power of Attorney for the Debtor.

3) The Debtor's life partner, Thomas Burns, is hereby approved to appear at the Section 341 Meeting of Creditors in place of the Debtor, and his testimony is to be adopted as the Debtor's own.

4) The Debtor's life partner and Power of Attorney, is to bring the following documentation with him to the 341 Meeting of creditors:

   a. The Debtor's valid, government issued photo ID
   b. The Debtor's social security card
   c. Thomas Burns' valid, government issued photo ID
   d. Thomas Burns' social security card
   e. A copy of the completed Power of Attorney for the Trustee's file.

5) The Section 341 Meeting of Creditors will be held on March 2, 2020 at 2:00PM.

6) Debtor's attorney will serve all creditors listed on the matrix, Trustee, and US Trustee upon approval of this order.

FURTHER ORDERED:

                                                                                              _____

                                                                                         Hon. Thomas P. Agresti
                                                               United States Bankruptcy Judge

| /s/ Jeffrey J. Sikirica | /s/ Samuel M. DiFatta |
|---|---|
| Jeffrey J. Sikirica, Esquire | Samuel M. DiFatta, Esquire |
| Chapter 7 Trustee | Attorney for the Debtor |
|  | PO Box 23 |
|  | Tarentum, PA  15084 |
|  | Difatta1015@comcast.net |
|  | 724-882-5175 |