IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                  :
    **ROBERT ALLEN LELLCOK**          :    **Bankruptcy No. 19-23622-TPA**
        **Debtor**              :    **Chapter 7**
-------------------------------------------------:
    **ROBERT ALLEN LELLOCK**         :
        **Movant**              :
                                                        :
**Vs.**                                                 :
                                                        :
      **No Respondent**         :

### CERTIFICATE OF SERVICE OF ORDER RESCHEDULING MEETING OF CREDITORS

    I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below on (date)  January 20, 2020, as follows:

    See attached List

    The following were served electronically:

    US Trustee:  ustpregion03.pi.ecf@usdoj.gov

EXECUTED ON: January 20, 2020

                                                  /s/Samuel M. DiFatta, Esquire
                                                  Samuel M. DiFatta, Esquire
                                                  PO Box 23
                                                  Tarentum, PA  15084
                                                  Phone No. (724) 882-5175
                                                  PA ID# 78156
                                                  difatta1015@comcast.net

**Calvary Portfolio Service**
500 Summit Lake Drive
Ste 400
Valhalla, NY 10595

**Discover Financial Services**
PO Box 15316
Wilmington, DE 19850

**Lakeview Loan Servicing/Flagstar Bank**
E115-3
5151 Corporate Drive
Troy, MI 48098

**PHEAA**
PO Box 61017
Harrisburg, PA 17106

**Portfolio Recovery Services**
PO Box 12903
Norfolk, VA 23541

**Portfolio Recovery Services**
PO Box 12903
Norfolk, VA 23541

**Shawn Logan**
C/O Peirce & Associates
707 Grant Street
Suite 125
Pittsburgh, PA 15219

**Sychrony Bank/JC Penney**
PO Box 965007
Orlando, FL 32896

**Synchrony Bank/BP**
PO Box 965024
Orlando, FL 32896


Jeffery Sikirica
121 Northbrook Drive
Pine Township
Gibsonia, PA  15044

James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106