FILED
2/6/20 2:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-23622-TPA |
| | : | | |
| Robert Allen Lellock | : | Chapter: | 7 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 2/5/2020 |
| | : | Time: | 11:00 |

**PROCEEDING MEMO**

**MATTER:**     #43 OTSC against Samuel M. DiFatta, Esq. for Repeated
Instances of Carelessness & Inattention to Court Filings
(Samuel M. DiFatta to personally appear)

**APPEARANCES:**

Debtor:        Samuel M. DiFatta
Trustee:       Jeffrey J. Sikirica (no appearance)

**NOTES:**

DiFatta:       I apologize.  We are now reivewing documents fully.  I take this very
seriously.

**OUTCOME:**     OTSC is vacated.

**ljm**